```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 06434
   RANDY J SLAGLE
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6720


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/11/07 .

   2.  The case was dismissed without confirmation, 07/20/2007.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG         .00           .00             .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE   NOT FILED           .00             .00
COMPUCREDIT               UNSECURED       NOT FILED           .00             .00
CAB SERVICES INC          UNSECURED       NOT FILED           .00             .00
CAPITAL ONE FINANCIAL     UNSECURED       NOT FILED           .00             .00
COLUMBUS BANK & TRUST CA  UNSECURED       NOT FILED           .00             .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED           .00             .00
HSBC                      UNSECURED       NOT FILED           .00             .00
KCA FINANCIAL SERVICES    UNSECURED       NOT FILED           .00             .00
LOU HARRIS                UNSECURED       NOT FILED           .00             .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED           .00             .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED           .00             .00
STATE COLLECTION SRV      UNSECURED       NOT FILED           .00             .00
WELLS FARGO ACCEPTANCE    UNSECURED       NOT FILED           .00             .00
JOHN C DENT               REIMBURSEMENT      359.00           .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00       359.00          .00          .00         359.00
PRINCIPAL PAID          .00          .00          .00          .00            .00
INTEREST PAID           .00          .00          .00          .00            .00
TOTAL PAID              .00          .00          .00          .00            .00
The Debtor's attorney, JOHN C DENT                , was allowed $   3000.00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 10/09/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 07 B 06434 RANDY J SLAGLE